**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): ____________________

Chapter you are filing under:

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. **Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Diana<br>First name<br>E.<br>Middle name<br>Heimann<br>Last name<br>____________<br>Suffix (Sr., Jr., II, III) | George<br>First name<br>____________<br>Middle name<br>Beck<br>Last name<br>____________<br>Suffix (Sr., Jr., II, III) |
| 2. **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx – xx – 5 6 2 3<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – 5 4 6 5<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1 Diana E. Heimann & George Beck
First Name Middle Name Last Name

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br>Business name<br>Business name<br>EIN<br>EIN | ☑ I have not used any business names or EINs.<br>Business name<br>Business name<br>EIN<br>EIN |
| **5. Where you live** | 270 Guard Hill Road<br>Number Street<br><br>Mount Kisco NY 10549-4943<br>City State ZIP Code<br>Westchester County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number Street<br>P.O. Box<br>City State ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number Street<br><br>City State ZIP Code<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number Street<br>P.O. Box<br>City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes. District ______ When ______ Case number ______

District ______ When ______ Case number ______

District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor ______ Relationship to you ______

District ______ When ______ Case number, if known ______

Debtor ______ Relationship to you ______

District ______ When ______ Case number, if known ______

**11. Do you rent your residence?**

☐ No. Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- [x] No. Go to Part 4.
- [ ] Yes. Name and location of business

Name of business, if any

Number Street

City State ZIP Code

*Check the appropriate box to describe your business:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

- [ ] No. I am not filing under Chapter 11.
- [ ] No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- [x] Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
- [ ] Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

- [x] No
- [ ] Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Debtor 1 Diana E. Heimann & George Beck
First Name Middle Name Last Name

Case number (*if known*)

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

### About Debtor 1:

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

- ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
- ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
- ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

### About Debtor 2 (Spouse Only in a Joint Case):

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

- ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
- ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
- ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

______________________________

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ /s/ Diana E. Heimann
Signature of Debtor 1

Executed on 04/29/2021
MM / DD / YYYY

✘ /s/ George Beck
Signature of Debtor 2

Executed on 04/29/2021
MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ /s/ Julie Curley
Signature of Attorney for Debtor

Date 04/29/2021
MM / DD / YYYY

Julie Curley
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road
Number Street

Suite 237

Scarsdale | NY | 10583
City | State | ZIP Code

Contact phone (914) 401-9500  Email address jcurley@kacllp.com

4325494 | NY
Bar number | State

**Fill in this information to identify your case:**

Debtor 1 Diana E. Heimann
First Name Middle Name Last Name

Debtor 2 George Beck
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Southern District of New York

Case number ____________________
(If known)

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

Internal Revenue Service
Creditor's Name

Centralized Insolvency Operations
Number Street

P.O. Box 7346

Philadelphia PA 19101-7346
City State ZIP Code

____________________
Contact

____________________
Contact phone

**What is the nature of the claim?** Taxes & Other Government Units

$ 114,115.20

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $____________
  - Value of security: - $____________
  - Unsecured claim $____________

**2**

NBT Bank, NA
Creditor's Name

20 Mohawk Street
Number Street

____________________

Canajoharie NY 13317
City State ZIP Code

____________________
Contact

____________________
Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

$ 72,813.00

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $____________
  - Value of security: - $____________
  - Unsecured claim $____________

**Unsecured claim**

**3** Small Business Administration
Creditor's Name
1441 L St NW
Number Street
Mailcode 5460
Washington DC 20416-0001
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: − $
  Unsecured claim $

Unsecured claim: $60,203.00

**4** NYS Dept. of Taxation & Finance
Creditor's Name
Civil Enforcement - District Office
Number Street
W A Harriman Campus
Albany NY 12227
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?** Taxes & Other Government Uni

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: − $
  Unsecured claim $

Unsecured claim: $59,508.54

**5** Charleston Southern University
Creditor's Name
PO Box 118087
Number Street
Charleston SC 29406
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: − $
  Unsecured claim $

Unsecured claim: $9,977.00

**6** DelBello Donnellan Weingarten Wise & W
Creditor's Name
One N. Lexington Avenue, 11th Floor
Number Street
White Plains NY 10601
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?** Attorneys Fees

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: − $
  Unsecured claim $

Unsecured claim: $7,560.07

**7** United Consumer Financial Services
Creditor's Name
865 Bassett Road
Number Street
Westlake OH 44145
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: − $
  Unsecured claim $

Unsecured claim: $6,462.55

**Unsecured claim**

**8** TaxEdge
Creditor's Name
2454 Patterson Road, Suite 205
Number Street

Grand Junction CO 81505
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Accounting Services

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

Unsecured claim: $4,791.00

**9** JAD Landscaping Inc.
Creditor's Name
Armando Giron
Number Street
PO Box 457
Katonah NY 10536
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Home / Car Repairs

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

Unsecured claim: $3,146.09

**10** CareMount Medical, PC
Creditor's Name
PO Box 65042
Number Street

Baltimore MD 21264-5042
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Medical Services

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

Unsecured claim: $2,939.61

**11** Mallorca Custom Pools, LLC
Creditor's Name
21 Roa Hook Road
Number Street

Cortlandt Manor NY 10567
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Home / Car Repairs

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

Unsecured claim: $2,500.00

**12** Wells Fargo Bank
Creditor's Name
PO Box 10347
Number Street

Des Moines IA 50306
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

Unsecured claim: $2,392.80

Debtor 1 Diana E. Heimann
First Name Middle Name Last Name

Case number (*if known*)

**Unsecured claim**

**13** Toyota Finacial Services
Creditor's Name
PO Box 5236
Number Street

Carol Stream IL 60197
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

$2,192.53

**14** White Plains Hospital
Creditor's Name
41 E Post Road
Number Street

White Plains NY 10601
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Medical Services

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

$1,911.85

**15** Trans-Continental Credit
Creditor's Name
44 south Broadway, ste 401
Number Street

White Plains NY 10601
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

$1,577.38

**16** LVNV Funding LLC
Creditor's Name
625 Pilot Road
Number Street
Suite 2/3

Las Vegas NV 89119
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Collection Agency

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

$1,239.00

**17** Credit One Bank
Creditor's Name
6801 S. Cimarron Road
Number Street

Las Vegas NV 89113
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

$1,239.00

**Unsecured claim**

**18**

Kohls Department Store
Creditor's Name
PO Box 3115
Number Street

Milwaukee WI 53201
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card Debt

$ 1,054.00

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: – $
  - Unsecured claim $

**19**

credit collection services
Creditor's Name
725 Canton Street
Number Street

Norwood MA 02062
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?**

$ 1,033.26

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: – $
  - Unsecured claim $

**20**

GEICO General Insurance Co.
Creditor's Name
One GEICO Center
Number Street

Macon GA 31296-0001
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Utility Services

$ 1,033.26

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: – $
  - Unsecured claim $

**Part 2: Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Diana E. Heimann
Signature of Debtor 1

Date 04/29/2021
MM / DD / YYYY

✘ /s/ George Beck
Signature of Debtor 2

Date 04/29/2021
MM / DD / YYYY

CareMount Medical, PC
PO Box 65042
Baltimore, MD 21264-5042

Charleston Southern University
PO Box 118087
Charleston, SC 29406

Collection Bureau of the Hudson Valley
155 North Plank Road
Newburgh, NY 12550

Convergent Outsourcing Inc.
800 SW 39th Street, Ste 100
PO Bos 9004
Renton, WA 98057

credit collection services
725 Canton Street
Norwood, MA 02062

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit One Bank
6801 S. Cimarron Road
Las Vegas, NV 89113

Culligan of Danbury
28 Eagle Road
Danbury, CT 06810

David J. Lord, CPA
344 Main Street
Mount Kisco, NY 10549

DelBello Donnellan Weingarten Wise & Wiederke
One N. Lexington Avenue, 11th Floor
White Plains, NY 10601

East 48 Project LLC
1450 37th Street, 2nd Floor
Brooklyn, NY 11218

GEICO General Insurance Co.
One GEICO Center
Macon, GA 31296-0001

Gerald Cohen
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Herbert L. Cohen, Esq.
Stiefel Cohen & Foote, PC
770 Lexington Avenue, 6th Floor
New York, NY 10065

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

International Recovery Associates Inc.
PO Box 651
Nesconset, NY 11767

JAD Landscaping Inc.
Armando Giron
PO Box 457
Katonah, NY 10536

James Torlish
Pump Sales & Services
PO Box 271
Armonk, NY 10504

JP Morgan Chase Bank NA

JPMorgan Chase Bank NA
PO Box 901033
Forth Worth, TX 76101-2098

Kirschenbaum & Phillips PC
40 Daniel Street, Suite 7
Farmingdale, NY 11735

Kohls Department Store
PO Box 3115
Milwaukee, WI 53201

LVNV Funding LLC
625 Pilot Road
Suite 2/3
Las Vegas, NV 89119

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 1269
Greenville, SC 29603

Mallorca Custom Pools, LLC
21 Roa Hook Road
Cortlandt Manor, NY 10567

Mermaid Pool Water
PO Box 4565
Stamford, CT 06907

NBT Bank, NA
20 Mohawk Street
Canajoharie, NY 13317

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. of Taxation & Finance
Civil Enforcement - District Office
W A Harriman Campus
Albany, NY 12227

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Optimum

Professional Claims Bureau, Inc.
PO Box 9060
Hicksville, NY 11802-9060

ReadyRefresh by Nestle
c/o Associated Credit Services Inc.
115 Flanders Road, Suite 140
Westborough, MA 01581-5171

Receivable Solutions LLC
PO Box 21808
Columbia, SC 29221

Rushmore Loan Management, LLC
15480 Laguna Canyon Road, Suite 100
Irvine, CA 92618

Scarsdale Integrative Family Medicine
2 Overhill Road
Suite 260
Scarsdale, NY 10583-5334

Signature Bank
565 Fifth Avenue
12th Floor
Elmont, NY 11003

Small Business Administration
c/o Commercial Loan Servicing Center
2120 Riverfront Drive, Ste. 100
Little Rock, AR 72202

Small Business Administration
1441 L St NW
Mailcode 5460
Washington, DC 20416-0001

TaxEdge
2454 Patterson Road, Suite 205
Grand Junction, CO 81505

The Board of Managers of the Cosmopolitan Con
145 East 48th Street
New York, NY 10017

Toyota Finacial Services
PO Box 5236
Carol Stream, IL 60197

Trans-Continental Credit
44 south Broadway, ste 401
White Plains, NY 10601

United Consumer Financial Services
865 Bassett Road
Westlake, OH 44145

US Bank National Association, as Trustee
for the RMAC Trust Series 2016-CTT
60 Livingston Avenue
Saint Paul, MN 55107

Wells Fargo Bank
PO Box 31557
Billings, MT 59107

Wells Fargo Bank
PO Box 10347
Des Moines, IA 50306

Wells Fargo Bank Home Mortgage

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306

White Plains
PO BOx 28987
New York, NY 10087

White Plains Hopital
PO BOx 28987
New York, NY 10087

White Plains Hospital
41 E Post Road
White Plains, NY 10601

White Plains Hospital
PO Box 32030
New York, NY 10087

White Plains Hospital
East Post Road Medicla Svcs
PO BOx 412432
Boston, MA 02241

White Plains Physician Associates
33 Davis Avenue
White Plains, NY 10605

Woods Oviatt Gilman LLP
Attorneys for Wells Fargo Mortgage
500 Bausch & Lomb Place
Rochester, NY 14604

United States Bankruptcy Court
Southern District of New York

In re: Diana E. Heimann & George Beck

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/29/2021

/s/ Diana E. Heimann
Signature of Debtor

/s/ George Beck
Signature of Joint Debtor

# United States Bankruptcy Court

Southern District of New York

**In re** Diana E. Heimann & George Beck

Case No. ______________

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 20,000.00

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $ 20,000.00

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $______________

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $______________

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. [Other provisions as needed]

The professional services Kirby Aisner & Curley LLP will render to the Debtor include the following:

a. To give advice to the Debtor with respect to its powers and duties as Debtor in Possession and the continued management of its property and affairs.

b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.

c. To prepare the necessary answers, orders, reports and other legal papers required for the Debtor?s protection from its creditors under Chapter 11 of the Bankruptcy Code.

d. To appear before the Bankruptcy Court to protect the interest of the Debtor and to represent the Debtor in all matters pending before the Court.

e. To attend meetings and negotiate with representatives of creditors and other parties in interest.

f. To advise the Debtor in connection with any potential sale of the business.

g. To represent the Debtor in connection with obtaining post-petition financing, if necessary.

h. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.

i. To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtor?s estate and to promote the best interests of the Debtor, its creditors and its estate.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in an Adversary Proceeding, subject to further agreement with the Debtor.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 04/29/2021 | /s/ Julie Curley, 4325494 |
| *Date* | *Signature of Attorney* |
| | Kirby Aisner & Curley LLP |
| | *Name of law firm* |

700 Post Road
Suite 237
Scarsdale, NY 10583
(914) 401-9500
jcurley@kacllp.com