KIRBY AISNER & CURLEY LLP
*Proposed Attorneys for the Debtors*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500
Julie Cvek Curley, Esq.
jcurley@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

DIANA E. HEIMANN and GEORGE BECK,

Debtors.

Chapter 11
Case No. 21- 22267
---------------------------------------------------------X

**DECLARATION OF DIANA E. HEIMANN AND GEORGE BECK**
**PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**

DIANA E. HEIMANN and GEORGE BECK hereby declare, pursuant to 28 U.S.C. §1746 as follows:

1. We are the individual Chapter 11 debtors herein (the "**Debtors**"). We submit this declaration pursuant to Rule 1007-2 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York.

**Local Rule 1007-2(a)(1)**

2. We filed for Chapter 11 bankruptcy relief as a result of debts related to various business failures. Starting in or about 1997, the Debtors successfully operated Diana Heimann Inc. (the "**Business**") which designed and sold custom jewelry. In or about 2007, the Debtors' nanny for their child robbed approximately $500,000 worth of jewelry and inventory. The nanny was arrested in 2007; however, the Debtors were not able to recover all of the stolen goods and the Debtors' used their own resources to support the ongoing operations of the Business. In 2008

following the downturn in the economy, the Business's revenues significantly dropped off and the Business ultimately closed in or about 2011/2012. Since the closure of the Business, the Debtors have alternated between being underemployed and unemployed.

3. While the Business was operating successfully, in or about October of 2002 the Debtors bought a condominium unit located at 145 East 48th Street, Unit 20D, New York, New York (the "**NYC Condo**") to use as a business office. The NYC Condo was refinanced in 2006, and upon information and belief, the mortgage is now held by US Bank National Association, as Trustee (and serviced by Rushmore Loan Management, LLC) ("**US Bank**"). Following the closure of the Business, the Debtors became in arrears on the mortgage to US Bank, as well as the common charges due to the Board of Managers of the Cosmopolitan Condominium (the "**Condo Board**"). The Condo Board commenced a lawsuit on September 3, 2019 to collect on the past due common charges captioned *The Board of Managers of the Cosmopolitan Condominium v. George Beck, et al.,* Supreme Court of the State of New York, County of New York, Index No. 158566/2019 (the "**Condo Lawsuit**").

4. The Debtors owe approximately $809,720.00 to US Bank, and $4,924.92 to the Condo Board as of September, 2019. The Debtors believe that the NYC Condo, which has been gutted for renovations, is valued no more than $532,000 (based upon Zillow estimations). Since the NYC Condo does not have any equity, the Debtors are not interested in retaining the property. In 2020, the Debtors were contacted with a party interested in doing a short sale to acquire the NYC Condo. However, the Debtors were told that in order to complete the short sale, the buyer, East 48 Project LLC (the "**Buyer**") needed to be added to the deed to the NYC Condo. The Debtors were working with the Buyer's attorney who prepared documents for the transaction, including a deed to transfer the NYC Condo from the Debtors to a new entity, 145 E48 Holdings LLC ("**145 LLC**"), of which the Debtors have a 51% ownership interest, as well as an Operating Agreement

for 145 LLC. The Debtors were not represented by their own independent counsel and relied upon the advice of Buyer's counsel. Although the deed has been signed, none of the transfer documents have been recorded.

5. Since the closure of the Business and the loss of income, the Debtors were unable to pay the mortgage on the residence they owned at 28 Wrights Mill Road, Armonk, New York 10504 (the "**Armonk Property**"). Following the missed mortgage payments, the Debtors attempted to modify the mortgage, which was unsuccessful due to a lack of sufficient income. A foreclosure proceeding was commenced in 2016 captioned *US Bank National Association, as trustee, successor in interest to Wachovia Bank, National Association, as trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-Z v. Diana E. Heimann et al,* Supreme Court of the State of New York, Westchester County, Index No. 68973/2016 (the "**Foreclosure Proceeding**").

6. The Debtors had explored various sources of income and employment. Co-debtor Diana Heimann has a small consulting business, JacobeoH Corp. which she uses for real estate staging and decorating. The Debtors started renting the Armonk Property and relocated to 270 Guard Hill Road, Mount Kisco, New York 10549 where they rent a small cottage on the property. In exchange, the Debtors pay a nominal rent and assist the owners with maintaining the property. Recently, co-Debtor George Beck lost his employment at Neiman Marcus where he was a personal shopper and has since been collecting unemployment benefits.

7. Although we have made efforts to earn alternate sources of income and repay our debts, we are unable to pay back our debts. We filed this Chapter 11 Case in order to file a repayment plan to pay back my creditors.

**Local Rule 1007-2(a)(2)**

8. This case was not originally commenced under Chapter 7 or 13 of 11 U.S.C. §§101 et seq. (the "**Bankruptcy Code**").

**Local Rule 1007-2(a)(3)**

9. Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-2(a)(4)**

10. A list of the names and addresses of our 20 largest unsecured claims, excluding those who would not be entitled to vote at a creditors' meeting and creditors who are "insiders" as that term is defined in §101(31) of the Bankruptcy Code was filed with the Petition and is annexed hereto as Exhibit A.

**Local Rule 1007-2(a)(5)**

11. Our 5 largest secured creditors are:

| | |
|---|---|
| Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306 | $1,463,217.00<br>1st mortgage on<br>28 Wrights Mill Road<br>Armonk, New York |
| Wells Fargo Bank<br>PO Box 31557<br>Billings, MT 59107 | $483,255.00<br>2nd mortgage on<br>28 Wrights Mill Road<br>Armonk, New York |
| Signature Bank<br>565 Fifth Avenue,12th Floor<br>Elmont, NY 11003 | $260,000.00<br>Business loan and lien on<br>28 Wrights Mill Road<br>Armonk, New York |
| Small Business Administration<br>c/o Commercial Loan Svc Center<br>2120 Riverfront Drive, Ste 100<br>Little Rock, AR 722202 | $96,200.00<br>Business loan and lien on<br>28 Wrights Mill Road<br>Armonk, New York |

| | |
|---|---|
| JPMorgan Chase Bank NA<br>PO Box 901033<br>Forth Worth, TX 76101-20987 | $48,595.60<br>Lien on 2021 Toyota<br>Tacoma |

**Local Rule 1007-2(a)(6)**

12. A summary of our assets and liabilities are annexed hereto as Exhibit B.

**Local Rule 1007-2(a)(7)**

13. As individual debtors, Local Rule 1007-2(a)(7) is not applicable.

**Local Rule 1007-2(a)(8)**

14. None of our property is in the possession of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-2(a)(9)**

15. We currently reside at 270 Guard Hill Road, Mount Kisco, New York 10549. We do not have any other premises owned, leased, or held under any other arrangement from which I operate my affairs.

**Local Rule 1007-2(a)(10)**

16. Our assets are located at 270 Guard Hill Road, Mount Kisco, New York 10549, which is also where our books and records are located.

**Local Rule 1007-2(a)(11)**

17. The pending lawsuit against us are:

*US Bank National Association, as trustee, successor in interest to Wachovia Bank, National Association, as trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2004-Z v. Diana E. Heimann et al,* Supreme Court of the State of New York, Westchester County, Index No. 68973/2016

*The Board of Managers of the Cosmopolitan Condominium v. George Beck a/k/a George Bektas, Diana Beck a/k/a Diana Bektas, US Bank National Association, et al*, Supreme Court of the State of New York, New York County, Index No. 158566/2019

*Gerald Cohen v. Cole Beck and Diana Heimann*, Supreme Court of the State of New York, Westchester County, Index No. 63491/2019

**Local Rule 1007-2(a)(12)**

18. As individual debtors, Local Rule 1007-2(a)(12) is not applicable.

**CONCLUSION**

Pursuant to 28 U.S.C. §1746, we declare under the penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2021

*/s/ Diana E. Heimann*
DIANA E. HEIMANN

*/s/ George Beck*
GEORGE BECK

# Exhibit "A"

**Fill in this information to identify your case:**

Debtor 1 Diana E. Heimann
First Name Middle Name Last Name

Debtor 2 George Beck
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Southern District of New York

Case number 21-22267
(If known)

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

Internal Revenue Service
Creditor's Name
Centralized Insolvency Operations
Number Street
P.O. Box 7346
Philadelphia PA 19101-7346
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Taxes & Other Government Units

$ 114,115.20

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: - $
  - Unsecured claim $

**2**

NBT Bank, NA
Creditor's Name
20 Mohawk Street
Number Street

Canajoharie NY 13317
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

$ 72,813.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: - $
  - Unsecured claim $

**Unsecured claim**

**3** Small Business Administration
Creditor's Name
1441 L St NW
Number Street
Mailcode 5460
Washington DC 20416-000
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced — $60,203.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

**4** NYS Dept. of Taxation & Finance
Creditor's Name
Civil Enforcement - District Office
Number Street
W A Harriman Campus
Albany NY 12227
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?** Taxes & Other Government Uni — $59,508.54

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

**5** Charleston Southern University
Creditor's Name
PO Box 118087
Number Street
Charleston SC 29406
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?** — $9,977.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

**6** DelBello Donnellan Weingarten Wise & W
Creditor's Name
One N. Lexington Avenue, 11th Floor
Number Street
White Plains NY 10601
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?** Attorneys Fees — $7,560.07

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

**7** United Consumer Financial Services
Creditor's Name
865 Bassett Road
Number Street
Westlake OH 44145
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?** — $6,462.55

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  - Value of security: − $
  - Unsecured claim $

**Unsecured claim**

**8** TaxEdge
Creditor's Name
2454 Patterson Road, Suite 205
Number Street
Grand Junction CO 81505
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?** Accounting Services — $4,791.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

**9** JAD Landscaping Inc.
Creditor's Name
Armando Giron
Number Street
PO Box 457
Katonah NY 10536
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?** Home / Car Repairs — $3,146.09

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

**10** CareMount Medical, PC
Creditor's Name
PO Box 65042
Number Street
Baltimore MD 21264-5042
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?** Medical Services — $2,939.61

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

**11** Mallorca Custom Pools, LLC
Creditor's Name
21 Roa Hook Road
Number Street
Cortlandt Manor NY 10567
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?** Home / Car Repairs — $2,500.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

**12** Wells Fargo Bank
Creditor's Name
PO Box 10347
Number Street
Des Moines IA 50306
City State ZIP Code
Contact
Contact phone

**What is the nature of the claim?** Credit Card Debt — $2,392.80

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

**Unsecured claim**

**13** Toyota Finacial Services
Creditor's Name
PO Box 5236
Number Street

Carol Stream IL 60197
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

Unsecured claim: $2,192.53

**14** White Plains Hospital
Creditor's Name
41 E Post Road
Number Street

White Plains NY 10601
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Medical Services
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

Unsecured claim: $1,911.85

**15** Trans-Continental Credit
Creditor's Name
44 south Broadway, ste 401
Number Street

White Plains NY 10601
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?**
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

Unsecured claim: $1,577.38

**16** LVNV Funding LLC
Creditor's Name
625 Pilot Road
Number Street
Suite 2/3

Las Vegas NV 89119
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Collection Agency
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

Unsecured claim: $1,239.00

**17** Credit One Bank
Creditor's Name
6801 S. Cimarron Road
Number Street

Las Vegas NV 89113
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card Debt
**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

Unsecured claim: $1,239.00

**Unsecured claim**

**18**

Kohls Department Store
Creditor's Name
PO Box 3115
Number Street

Milwaukee WI 53201
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card Debt

$ 1,054.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

**19**

credit collection services
Creditor's Name
725 Canton Street
Number Street

Norwood MA 02062
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?**

$ 1,033.26

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

**20**

GEICO General Insurance Co.
Creditor's Name
One GEICO Center
Number Street

Macon GA 31296-000
City State ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Utility Services

$ 1,033.26

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $
  Value of security: - $
  Unsecured claim $

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Diana E. Heimann
Signature of Debtor 1

Date 05/07/2021
MM / DD / YYYY

✘ /s/ George Beck
Signature of Debtor 2

Date 05/07/2021
MM / DD / YYYY

# Exhibit B

**Fill in this information to identify your case:**

Debtor 1: Diana E. Heimann
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): George Beck
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Southern District of New York

Case number 21-22267
(If known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 1,450,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 135,566.69 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 1,585,566.69 |

## Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 3,374,600.57 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 173,623.74 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 188,014.03 |
| **Your total liabilities** | $ 3,736,238.34 |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ 20,548.50 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ 21,222.31 |

Debtor 1 Diana Heimann & George Beck (First Name / Middle Name / Last Name) Case number (*if known*) 21-22267

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

- [ ] No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
- [x] Yes

7. **What kind of debt do you have?**

- [x] **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
- [ ] **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income***: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ 14,421.50

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F***:

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 173,623.74 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 173,623.74 |